UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 07CR3122-DMS |
| Plaintiff | ) | CRIMINAL NO. 07mj2490 |
| vs. | ) | ORDER |
| Florentino Figueroa-Sanchez | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 05306298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

Miriam Barhona-Lopez

DATED: 11-15-07

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk